# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICIA McCOY, | : | |
| Plaintiff, | : | |
| | | Case No. 3:06cv00335 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon Plaintiff's Motion For Authorization Of Attorney Fees Pursuant To 42 U.S.C. §406(b). (Doc. #15). Plaintiff's counsel indicates that the Commissioner, through counsel of record, does not object to Plaintiff's Motion. (Doc. #15 at 1).

Plaintiff seeks an award of attorney fees in the total amount of $8,101.25. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b) in the amount Plaintiff seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Authorization Of Attorney Fees Pursuant To 42 U.S.C. §406(b) (Doc. #15) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b) in the amount of $8,101.25.

May 8, 2009         *S/THOMAS M. ROSE

                    Thomas M. Rose
                    United States District Judge